UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 20-404-JGB-KK | Date: | April 12, 2021 |
|---|---|---|---|
| Title: | Charles Travers et al v. National Distribution Centers LLC, et al. | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER**

On April 1, 2021, Defendant National Distribution Centers LLC ("Defendant") filed a Motion to Compel Plaintiff Charles Travers ("Plaintiff") to produce documents responsive to Defendant's Request for Production No. 14 ("Motion"). Dkt. 21. Plaintiff did not provide his portion of the joint stipulation as required by Local Civil Rule 37-2. Neither party filed supplemental briefs pursuant to Local Civil Rule 37-2.3. The matter, thus, stands submitted.

The Court has considered the Motion, as well as Plaintiff's failure to oppose the Motion and comply with the Local Civil Rules. See L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion[.]"). Therefore, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Plaintiff shall, thus, provide documents responsive to Request for Production No. 14 **within ten (10) days of this order**. The April 22, 2021 hearing is VACATED.