JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLES TRAVERS, an individual, | Case No.: 5:20-cv-00404-JGB-KKx |
| Plaintiff, | Hon. Jesus G. Bernal |
| v. | **ORDER** |
| NATIONAL DISTRIBUTION CENTERS, LLC, et al. | Complaint Filed: January 30, 2020<br>Date Removed: February 28, 2020<br>Trial Date: August 31, 2021 |
| Defendants. | |

## **ORDER**

The stipulation is approved. The entire action, including all claims stated herein, is hereby dismissed with prejudice.

DATED: June 17, 2021

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE